Mark **JOHNSON**, d/b/a JQ Solutions, Plaintiff–Appellant,

v.

Edwin **WESTLAKE**;  Westev WW Commodities LLC, Defendants–Appellees.

No. 11–2356.

United States Court of Appeals, Fourth Circuit.

Submitted: April 20, 2012.

Decided: April 24, 2012.

Mark Johnson, Appellant Pro Se.

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark Johnson seeks to appeal the district court's order denying his motion for summary judgment. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Johnson seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We deny Johnson's motion requesting oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*DISMISSED.*